

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,066-01

## EX PARTE ROGELIO RAMIREZ, JR, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 09-09-12758-A IN THE 79TH DISTRICT COURT JIM WELLS COUNTY

*Per curiam.*

## O P I N I O N

Applicant was convicted of aggravated sexual assault of a child and sentenced to 46 years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The convicting court entered an Order Granting Writ of Habeas Corpus Relief that includes findings of fact and conclusions of law. The court determined

that Applicant was actually charged with a second-degree felony and the correct sentencing range was 2 to 20 years. TEX. PENAL CODE § 12.33. Therefore, Applicant's 46-year sentence constituted an illegal sentence. The convicting court recommended granting relief. The record confirms that Applicant was improperly convicted of a first-degree felony and his punishment exceeded the correct sentencing range.

Relief is granted. The judgment in cause number 09-09-12758-CR in the 79th Judicial District Court of Jim Wells County is reformed to reflect sexual assault of a child as the offense of conviction. We remand this case to the trial court for re-sentencing as a second-degree felony. Applicant is remanded to the custody of the Sheriff of Jim Wells County for a new punishment hearing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and the Board of Pardons and Paroles.

Filed: April 16, 2026
Do not publish

2